92 F.3d 1181
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Robert L. SAUNDERS, Plaintiff-Appellant,
v.
Long BROTHERS, Defendant-Appellee.
 No. 96-1018.
 United States Court of Appeals, Fourth Circuit.
 Submitted: July 25, 1996.
Decided: August 7, 1996.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-95-1628-A)
 Robert L. Saunders, Appellant Pro Se.
 E.D.Va.
 APPEAL DISMISSED.
 Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on his civil complaint alleging assault. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Saunders v. Long Brothers, No. CA-95-1628-A (E.D.Va. Dec. 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED